THE EMIGRANT MISSION COMMITTEE OF THE GERMAN EVANGELICAL LUTHERAN SYNOD, Respondent, *v.* THE BROOKLYN ELEVATED RAILROAD COMPANY, Appellant.

*Emigrant Miss. Com.* v. *Brooklyn El. R. R. Co.*, 20 App. Div. 596, affirmed.

(Argued October 25, 1900; decided November 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

This was an action for an injunction and damages by reason of an elevated railroad erected and operated in the street on which plaintiff's premises abut, and also by reason of the elevated railroads and other structures of the defendant erected on its own land, around and adjacent to the premises of the plaintiff, situated on the easterly end of Broadway, in what is now the borough of Brooklyn.

*Alex. S. Lyman* for appellant.

*Stephen M. Hoye* for respondent.

*Per Curiam.* While the decision of the trial justice is in some respects loosely drawn, as we read it, the award of damages includes nothing for the maintenance of defendant's structures upon its own land, but confines the judgment to damages for the maintenance of the structure in the public street in front of the plaintiff's land. As thus construed, there is no legal objection to the decision, and the judgments of the courts below should, therefore, be affirmed, with costs.

PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ., concur.

Judgments affirmed.